UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMILAH ABDUL-HAQQ,

    Plaintiff,

    v.

KAISER FOUNDATION HOSPITALS, et al.,

    Defendants.
_____/

No. C 14-4140 PJH

**JUDGMENT**

    The court having granted defendant's motion to dismiss without leave to amend, it is Ordered and Adjudged that the complaint is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: April 10, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge