1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMILAH ABDUL-HAQQ,

        Plaintiff,

    v.

KAISER FOUNDATION HOSPITALS,
et al.,

        Defendants.

_____/

No. C 14-4140 PJH

**ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL**

      On April 10, 2015, this court granted defendants' motion to dismiss plaintiff's second amended complaint, without further leave to amend.  On April 13, 2015, plaintiff filed a notice of appeal to the Ninth Circuit, and the next day, the Ninth Circuit assigned a case number and set a briefing schedule for plaintiff's appeal.

      Then, on April 19, 2015, plaintiff filed a "motion for appointment of counsel" in this court.  However, after plaintiff filed her notice of appeal, this court no longer has jurisdiction over plaintiff's case, and thus has no power to appoint counsel for plaintiff.  See, e.g., Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").  For that reason, plaintiff's motion is DENIED.[1]

_____

    [1]The court also notes that plaintiff asks that, "[i]f appointment of counsel is unavailable," that she be "referred to clinic available to receive assistance."  In fact, the court has already granted this relief in its order dated November 7, 2014, in which it "refer[red] plaintiff to the Legal Help Center, which provides free limited-scope assistance from an attorney to litigants with matters pending in this district," and informed plaintiff that "[i]nformation on how to contact the Legal Help Center is attached to this order."  See Dkt. 46.  The court also continued the hearing on the then-pending motion to dismiss for sixty days, to allow plaintiff an opportunity to obtain counsel.  Id.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge