UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMILAH TALIBAH ABDUL-HAQQ,

    Plaintiff,

    v.

KAISER FOUNDATION HOSPITALS, et al.,

    Defendants.

Case No. 14-cv-04140-PJH

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)**

Re: Dkt. No. 78

Before the court is pro se plaintiff Jamilah Abdul-Haqq's motion for relief from this court's April 10, 2015 judgment dismissing her complaint with prejudice. Dkt. 68, 69. Plaintiff asks the court to vacate the judgment and add new defendants in light of alleged "new evidence." Dkt. 78.

Plaintiff filed an appeal from this court's decision. Dkt. 70. Until the appeal is resolved or the case remanded, this court lacks jurisdiction over the matter. See Gould v. Mut. Life Ins. Co. of New York, 790 F.2d 769, 772 (9th Cir. 1986). Plaintiff's motion is therefore DENIED.

**IT IS SO ORDERED.**

Dated: September 13, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge