UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH ABDUL-HAQQ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03727-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On June 26, 2019, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Phyllis J. Hamilton to determine whether it is related to *Abdul-Haqq v. Kaiser Foundation Hospitals et al.*, Case No. 14-cv-4140-PJH.

**IT IS SO ORDERED.**

Dated: August 15, 2019

　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　United States Magistrate Judge